RECEIVED
IN MONROE, LA

MAY 11 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| JESSIE MARTIN | CRIMINAL NO. 06-1383 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN FORT WADE CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 21], together with the written objection thereto filed with this Court [Doc. No. 22], and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 4] is DENIED AND DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this _11_ day of May, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE