RECEIVED
IN MONROE, LA

JUN 0 5 2007
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JESSIE MARTIN | CRIMINAL NO. 06-1383 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN FORT WADE CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case [Doc. No. 23], the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is GRANTED because the applicant has made a substantial showing that the admission of a 911 tape and the victim's statement to the police officer who responded to the 911 call may have violated his Sixth Amendment Confrontation Clause rights. Reasonable jurists could debate and/or disagree with the Court's conclusion that such statements were not testimonial.

MONROE, LOUISIANA, this 4 day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE